# Exhibit K

## DOLLAR GENERAL EMPLOYMENT FORM


Social Security Number: 0 6 4

PRINT name below as it appears on the SOCIAL SECURITY CARD to ensure the Social Security Administration properly credits social security benefits. *Managers should visually inspect the social security card. Name printed below MUST match card.*

Last Name: EDDY
First Name: DEBRA
Middle Initial: L
Preferred Name: Deb / Debbie

### Physical or Residential Address – (Where you LIVE)
Street Address (NO P.O. Boxes): 719 Thomas Run Road
Apt #: —
City: Blacksville
State: WV
Zip Code: 26521
County (REQUIRED): Monongalia

### Mailing Address – (Where you receive MAIL)
(if different than "Physical" Address)
Street Address: 
Apt #: 
P.O. Box (if applicable): 
City: State: Zip Code: 

Home Phone Number: [redacted]

Date of Birth: 02-19-62
Maiden Name: Simms

Marital Status: ☒ Married ☐ Single
Gender: ☒ Female ☐ Male

RACE/ETHNICITY:
☐ Asian
☐ Alaskan Native
☐ Hawaiian Native or Other Pacific Islander
☐ American Indian
☐ Hispanic/Latino
☐ Black
☒ White
☐ Multi-Racial (having parents of different races)

### EMPLOYER SECTION

Is the *primary* reason for hiring this employee to: fixture/set-up a new store, relocate or permanently close a store, conduct disaster/remodeling work, conduct any other type of project work with an assigned duration for completion, or work ONLY during seasonal months/peak times as his/her *regular job*?
YES ☒   NO ☐

If "NO" was checked above, will the employee average working 30 or more hours a week?
YES ☐   NO ☐

DATE HIRED: 8/25/05
☒ New Hire   OR   ☐ Rehire

Store Number: 9880
Is this a Market Store? ☐ YES ☐ NO
Market Store Department:
☐ Produce   ☐ Dairy/Meats   ☐ Dry Gds/Stocking

Employee's Position: (Check one below)
☐ Store Manager   ☐ Assistant Manager   ☒ Clerk
☐ Lead Clerk (3rd key)   ☐ Learning Center Intern
☐ Market Store Co-Manager

Hourly Base Rate $ 5.35
OR
Annual Base Salary $ ___
(Store and hourly employees paid weekly. All others paid semi-monthly. Weekly paychecks are distributed to the work location each Friday before midnight.)

**DC and Corporate ONLY**
Process Level (Location) _____
Cost Center (Department) _____
Job Code/Position _____
Supervisor _____
Shift Code _____ Wk Schedule _____
Status ☐ AF ☐ AP ☐ AT

### Emergency Contact Information
Name: Jacob Eddy
☐ Friend ☒ Relative
Phone Number: [redacted]
How is this person related to you? Husband

### Additional Contact Information
Cell Phone: [redacted]
Fax Number: ( ) N-A

This document is intended to comply with Section 41-10-30 of the S.C. Code of Laws, 1976, as amended.

X [signature] Debra Eddy
Employee Signature (I certify the above information is correct)
Date: 8-23-05

X [signature] Phil Chitt
Manager/Supervisor Signature
Date: 8/25/05

White=HR   Yellow=Employee   Pink=Manager

EXHIBIT 11
Witness: Eddy
Date: 6/19/12
Connie Nichols, Rptr.

## Step 1 - 2005 Store Manager Performance Review

Store Manager Name: EDDY, DEBRA L.
District Mgr. Name: PHIL CHILDS
Region Mgr. Name:

Store #: 9880   District #: 245   Region #: 12   Division #: 1

### I. Business Results and Operations — Category Score (50% of Total): 102.5

| Measurements | Goal | Result | Performance Coaching Notes | Weight × Rating = Score |
|---|---|---|---|---|
| **Sales vs. Plan** — Reviews sales budget and assists sales with team; Implements sales building ideas — extra end caps, feature displays, contests; Focus on customer service | 274,334 | 261,054 / Weight 10% | Sales slightly below goal. Use suggestive selling to help boost average sale. | 10 × 2 = 20  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Shrink Management %** — Coaches team on shrink indicators, monitors and takes action; Ensures proper cash handling procedures; Ensures accuracy of vendor receipts; Transactions report worked monthly | 3.00 | .8 / Weight 10% | Stay up to date with paperwork and train employees on shrink issues. | 10 × 2 = 20  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Controllable Exp. %** — Administers controllable exp. budget effectively; Reviews Operating Statement for accuracy; Operates in a cost conscious manner | 8.6 | 8.5% / Weight 10% | Good control on expenses. Keep payroll in check to meet goals. | 10 × 2 = 20  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **In-Stock Level** — Plan-o-grams and monthly planners complete; Stock counts and on hand adjustments done weekly; Store received daily | 96.5 | 96.9% / Weight 5% | On hand adjustments and add on orders will increase instock % and raise sales. | 5 × 2 = 10  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Clean Stores** — Store exterior and interior clean and well presented every day; Checkouts, shelves/baskets are clutter-free; Organized stockroom | | Weight 5% | Great store conditions. Work to maintain "New" store look. | 5 × 2.5 = 12.5  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Store Friendliness** — Ensures store meets deli runs quality customer service, assists customers, cross-sells, thanks customers; Creates friendly environment | | 5% | Work with all employees to ensure great customer service. | 5 × 2 = 10  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Store Success Processes** — Stocking and receiving schedules are followed; Merchandise zoned and receiving process followed; Stockroom worked daily; Apparel worked weekly | | 5% | Continue to push truck out in 2 days to make time for other projects | 5 × 2 = 10  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |

White Copy: Imaging Dept. at Mission Ridge   Yellow Copy: Employee   Pink Copy: Manager

---

## Step 2 - 2005 Store Manager Performance Review

Store Manager Name: EDDY, DEBRA L.

### II. Managing Others / Impact, Business — Category Score (50% of Total): 110

| | Weight | Performance Coaching Notes | Weight × Rating = Score |
|---|---|---|---|
| **Demonstrated Leadership & Management Ability** — Schedules/Plans & Delegates work; Models serving others to store team and customers; Provides positive reinforcement; Addresses coaching opportunities; Resolves Conflict | 10% | Use EZ planner this year to specify work to be done and follow up. | 10 × 2 = 20  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Team Effectiveness / Strength / Cohesiveness** — Cross trains team members on all operational functions; Employees assist each other; Low Conflict/Few ER calls | 10% | Work to build a stronger overall team by having a team project or competition. | 10 × 2 = 20  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Well-Trained Employees / Develops Others** — ASM able to operate store; Clerks oriented and trained; Initiates development plans for members with upward potential | 10% | Train management staff on all aspects of management. Train all to their potential. | 10 × 2 = 20  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Employee and Customer Safety** — # Employee Accidents; # Customer Accidents; Safety Violations; Holds safety huddles before receiving trucks | 10% | Hold monthly safety meetings. Ensure sales floor and stock room are safe. | 10 × 2.5 = 25  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |
| **Staffing** — Hires productive team members; ASM Turn minimal; Clerk Turn limited; Time to fill openings; New hire paperwork timely | 10% | Interview often to build a bench when needed. | 10 × 2.5 = 25  Exceeds Expectations (3.0)  X Meets Expectations (2.0)  Needs Improvement (1.0) |

102.5 + II. Managing Others 110 = 212.5 ÷ 100 = 2.13

Total Performance Review Score: 2.13

### Corporate Compliance:
Have you complied with all corporate policies and business practices?
(Failure to adhere to corporate compliance will result in an overall below standard rating and may include disciplinary action up to and including termination.)

SELF: ✓ YES ___ NO   RATER: X YES ___ NO

**OVERALL PERFORMANCE REVIEW SCORE**
Below 1.75 = Below Standard
1.75 - 2.50 = Standard
Above 2.50 = Above Standard

X /s/ Debra Eddy   Date: 2-21-06
Store Manager Signature

/s/ Phil Childs   Date: 2/21/06
District Manager Signature

X /s/ _____   Date: 2/14/06
Region Manager Signature

Review Date: 2/21/06

White Copy: Imaging Dept. at Mission Ridge   Yellow Copy: Employee   Pink Copy: Manager

0664
EDDY, DEBRA L — Store Manager Name
9880 — Store Number

# DOLLAR GENERAL — 2006 Store Manager Performance Review

ED MARISNICK — District Manager Name
245 — District Number
1 — Division Number
TIM LESTER — Region Manager Name
12 — Region Number
2-19-07 — Review Date

## I. BUSINESS RESULTS AND OPERATIONS

Assess operational performance. Use results from the Store Visit Scorecard, Monthly Store Report, Weekly Starts Summary and your general observations to summarize the employee's ability to meet performance expectations.

**RATINGS**
1.00 – Needs Improvement
2.00 – Meets Expectations
3.00 – Exceeds Expectations

| MEASUREMENTS | WEIGHT | RESULT | RATING | SCORE | COACHING NOTES |
|---|---|---|---|---|---|
| Sales vs. Plan | 10 | 3 | 3 | 3.00 | Sales very good T/Y focus on a better instock to keep sales going |
| Theft Management | 10 | 2.5 | 2.5 | 2.50 | Challenge T/Y will be shrink against $/Y – focus on all avenues |
| Profit Improvement | 10 | 3 | 3 | 3.00 | Profit very good, don't lose sight of all expenses |
| Basket Size | 5 | 2 | 2 | 1.00 | Made 2 ofers T/Y, need add on items to make all otes. |
| Store Cleanliness | 10 | | 2 | 2.00 | Store is always clean + organized. Spot mop daily where needed |
| Store Friendliness | 5 | | 3 | 1.50 | Friendly + outgoing team |
| Store Success Processes | 5 | | 3 | 1.50 | Keep after damages weekly to get back on stock |

I. Category Score (55% of Total): 14.50

## II. PEOPLE MANAGEMENT

Assess the employee's ability to create and manage a strong team that contributes to total business success. Use measures and observations of categories below to assess performance levels. Write Coaching Notes to help improve performance or to reinforce good performance.

**RATINGS**
1.00 – Needs Improvement
2.00 – Meets Expectations
3.00 – Exceeds Expectations

| LEADERSHIP RESPONSIBILITIES | WEIGHT | RATING | SCORE | COACHING NOTES |
|---|---|---|---|---|
| Demonstrated Leadership and Management Ability | 10 | 3 | 3.00 | Does a good job coaching when needed gives positive reinforcement |
| Team Effectiveness and Strength | 10 | 2 | 2.00 | Need to try to keep a team to make them stronger. |
| Trained and Developed Team | 10 | 2 | 2.00 | Asst manager needs to step up + follow in Deb's absence. |
| Staffing | 10 | 2 | 2.00 | Sales associates are hard to retain. Continue to teach/train |
| Employee and Customer Safety | 5 | 2 | 1.00 | Following guidelines in this category |

II. Category Score (45% of Total): 10.00

## TOTAL PERFORMANCE REVIEW SCORE

14.50 + 10.00 / 100 = 2.45
(I. Category Score) + (II. Category Score) = Total Performance Review Score

### CORPORATE COMPLIANCE
Have you complied with all corporate policies and business practices?

Self: YES
Rater: YES

Failure to adhere to corporate compliance will result in an overall below standard rating and may include disciplinary action up to and including termination.

X [signature] — Store Manager Signature — 2-19-07
X Ed Marisnick — District Manager Signature — 2-14-07
X [signature] — Region Manager Signature — 2/23/07

OVERALL PERFORMANCE REVIEW SCORE: Below 1.75=Below Standard • 1.75-2.50=Standard • Above 2.50=Above Standard

White Copy: Imaging Department   Yellow Copy: Employee   Pink Copy: Manager



| Employee Identification Number | | |
|---|---|---|
| Debra Eddy | | 9880 |
| Store Manager Name | | Store Number |

# DOLLAR GENERAL — 2007 Store Manager Performance Review

## II. PEOPLE MANAGEMENT

Assess the employee's ability to assist in creating and managing a strong team that contributes to total business success. Use measures and observations of categories below to assess performance levels. Write Coaching Notes to help improve performance or to reinforce good performance.

**RATINGS**
- O - Outstanding
- VG - Very Good
- G - Good
- NI - Needs Improvement
- U - Unsatisfactory

| LEADERSHIP RESPONSIBILITIES | WEIGHT | RATING | COACHING NOTES |
|---|---|---|---|
| **Demonstrated Leadership and Management Ability**<br>• Schedules, plans and delegates the work<br>• Models Serving Others to store team and customers<br>• Provides positive reinforcement<br>• Addresses coaching opportunities and administers counseling as necessary<br>• Resolves conflict<br>• Ensures that company policies and procedures are followed | 10 | O | The store has a positive environment. There is little conflict among the employees. Good job in regards to suggestive selling and literacy collection. You have good leadership abilities and are able to teach and coach effectively. |
| **Team Effectiveness and Strength**<br>• Offers advice and insight to others to help them succeed<br>• Provides an environment that encourages cooperation and unity<br>• Cross trains team members on all operational functions<br>• Motivates employees to work well together<br>• Low conflict and minimal employee relations incidents | 10 | G | You have good team cohesiveness. Give good guidance to your team and promote teamwork. Use the recognition certificates to thank your employees every week for something they've achieved. |
| **Trained and Developed Team**<br>• Assistant manager is well trained and able to operate the store in the store manager's absence<br>• Sales associates receive orientation, training and guidance<br>• Initiates development plans for employees with upward potential<br>• Delegates appropriately | 5 | VG | Give good communication with your management staff regarding the communication center and its uses. Use the new employee orientation guide to train employees. Review the weekly summary with your ASM and LC every week. |
| **Staffing**<br>• Hires and retains productive team members<br>• Assistant store manager and sales associate turn is minimal<br>• Places a priority on filling open positions | 15 | NI | You have had high turnover over this year. Again, use the orientation guide to train new employees; and assign a buddy for development. |
| **Employee and Customer Safety**<br>• Operates a safe environment that minimizes the risk for employee and customer accidents<br>• Implements and directs efficient stocking processes that reduce repetitive lifting activity | 5 | VG | The sales floor is kept clear of possible tripping hazards. The receiving area is organized and merchandise is clear of the exit. |

**ASSIGN AN OVERALL PERFORMANCE REVIEW RATING:**
Outstanding ◯   Very Good ⬤   Good ◯   Needs Improvement ◯   Unsatisfactory ◯

**SIGN AND DATE**

X _Debra A Eddy_ — Store Manager Signature — Date 2-19-08

X _[signature]_ — District Manager Signature — Date 2-19-08

X _[signature]_ — Region Manager Signature — Date 2/14/08

**CHECK YES OR NO**

| | Have you complied with our Code of Business Conduct and Ethics this year? | To your knowledge, have you complied with all applicable laws and regulations while acting on our behalf? |
|---|---|---|
| SELF | ⬤ YES ◯ NO | ⬤ YES ◯ NO |
| RATER | ⬤ YES ◯ NO | ⬤ YES ◯ NO |

**CORPORATE COMPLIANCE**
Failure to adhere to corporate compliance will result in an overall unsatisfactory rating and may include disciplinary action up to and including termination.

Page 2 of 2

| Employee Identification Number | | |
|---|---|---|
| Debra Eddy | 9880 | 1 |
| Store Manager Name | Store Number | |

## DOLLAR GENERAL — 2007 Store Manager Performance Review

| | | |
|---|---|---|
| Michael C. Giles | 245 | 1 |
| District Manager Name | District Number | Division Number |
| Tim Lester | 12 | 2/12/2008 |
| Region Manager Name | Region Number | Review Date |

### I. BUSINESS RESULTS AND OPERATIONS

Assess operational performance. Use results from the Store Visit Scorecards, Monthly Store Report, Weekly Store Summary and your general observations to summarize the employee's ability to meet performance expectations.

**RATINGS**
- O - Outstanding
- VG - Very Good
- G - Good
- NI - Needs Improvement
- U - Unsatisfactory

| MEASUREMENTS | WEIGHT | 3 RESULT | 4A RATING | 5A COACHING NOTES |
|---|---|---|---|---|
| **Sales vs. Plan**<br>• Reviews sales budget and actual sales with store team<br>• Ensures planograms, planners and endcaps are set according to the scheduled date<br>• Generates and implements sales building ideas for driving profit<br>• Ensures daily restocking occurs<br>• Focuses on customer service | 15 | 104<br>46% | O | Great job on sales! Continue to focus team on customer service. Push team to suggestive sell and merchandise impulse areas for additional sales. Keep ensuring all planograms and planners are finished on a timely basis. Make finishing the stocking process in two days is a priority and the team restocks everyday. Push to have no freight in the receiving room. |
| **Shrink Management**<br>• Ensures completion and understands the use of the STARS Shrink Poster, Transaction Analysis Log and STARS Huddles<br>• Always knows the weekly inventory level<br>• Ensures proper cash handling<br>• Clears Transaction Sheet on a monthly basis<br>• Ensures accuracy of vendor receipts using the HHT | 10 | 1.63 | O | Your team has a good understanding of the communication center, and always has the transaction sheets up to date. You had good cash control throughout the year. Your vendor accuracy was very consistent. Use the TAL to coach employees on average basket, voids, keyed items, and items per second, and communicate to them where they stand everyday. |
| **Expense Management**<br>• Reviews the Monthly Store Report for expense control opportunities such as utilities, supplies, etc. and takes action<br>• Manages store labor % and dollars to plan | 5 | | VG | Good control of expenses to LY. Review your monthly store report consistently to identify areas for improvement. Good labor control throughout the year. Plan and be committed to hit the budgeted hours weekly. |
| **Store Cleanliness**<br>• Ensures that store exterior and interior (including restrooms) are clean and well presented every day<br>• Assigns daily cleaning of checkouts, shelves and coolers and follows up<br>• Focuses team to maintain a clean and organized receiving area<br>• Cleanliness and appearance of floors is maintained between maintenance visits with regular sweeping and mopping | 10 | | VG | Good job on the overall cleanliness of the store. Continue to be committed to the improvement of our Clean. Assign some every day for the daily cleaning using the EZ planner. |
| **Store Friendliness**<br>• Ensures store team delivers quality customer service<br>• Greets and thanks customers<br>• Offers assistance to customers<br>• Creates a friendly environment | 10 | | G | Be a good example to your employees. Help customers over all else. Consistently greet and thank customers and make them feel welcome. If there are problems with customers or employees, handle it discretely and in a timely manner. |
| **Store Success Processes**<br>• Store schedule and EZPlanner are completed properly and posted on time<br>• Ensures sales floor is consistently recovered<br>• Ensures damages are kept current and markdown cart is in use | 5 | | VG | Ensure the communication center is completed daily, and the EZ planner is being filled out and posted daily. Next is to make sure the employees are checking off the tasks as they are completed and having the managers highlight for verification, especially hourly recovery. |

Page 1 of 2

## Certification & Disclosure Form

I certify that:

- I have read Serving Others: Dollar General's Code of Business Conduct and Ethics (our "Code").
- I will comply with our Code's requirements and with any laws and regulations that apply to my work at Dollar General.
- I will immediately report possible Code violations to the ERC, or to another appropriate contact identified in our Code.
- I have listed below (and on any attached pages) all potential conflicts of interest (explained on pages 10-14 of this Code) I may have with Dollar General, regardless of whether or not the potential conflict has been previously disclosed or approved. If I leave this space blank, I certify that I have nothing to report.

_____

_____

_____

- I have listed below (and on any attached pages) any ethical concerns I feel Dollar General should know about. If I leave this space blank, I certify that I have no ethical concerns to report that have not been reported through a method identified in our Code.

_____

_____

_____

I understand and agree that:

- Our Code represents Company policy.
- My signature is a requirement of my employment with Dollar General.
- I can be disciplined for a Code violation and can lose my job even for a first offense.
- **Nothing in our Code creates an express or implied contract of employment or modifies the employment-at-will relationship with Dollar General.**

*Debra Eddy*     2-11-09     Store Manager
Signature            Date           Position

DEBRA EDDY     [redacted]
Print Name               Employee Identification Number

Return the completed Certification and Disclosure Form
to the Imaging Department in Integrity Place.

18

Employee Identification Number: [redacted]

Store Manager Name: DEBRA EDDY
Store Number: 9880

# DOLLAR GENERAL — 2008 Store Manager Performance Review

## II. PEOPLE MANAGEMENT

Assess the employee's ability to create and manage a strong team that contributes to total business success. Use measures and observations of categories below to assess performance levels. Write Coaching Notes to help improve performance or to reinforce good performance.

**RATINGS**
- O — Outstanding
- VG — Very Good
- G — Good
- NI — Needs Improvement
- U — Unsatisfactory

| Leadership Responsibilities | 4B Weight/Rating | | 5B Coaching Notes |
|---|---|---|---|
| **Demonstrated Leadership and Management Ability**<br>• Schedules, plans and delegates the work<br>• Models Serving Others to store team and customers<br>• Provides positive reinforcement<br>• Addresses coaching opportunities and administers counseling as necessary<br>• Resolves conflict<br>• Ensures that all employees follow Company policies and procedures | 10 | G | In 2009 we must have a leadership of leading by example and motivate your team to their strengths. Set goals for your team and give constant feedback on successes and encouragement and coaching on opportunities. Administer counseling on constant negative behaviors that effect performance and results. |
| **Team Effectiveness and Strength**<br>• Offers advice and insight to others to help them succeed<br>• Provides an environment that encourages cooperation and unity<br>• Cross trains team members on all operational functions<br>• Motivates employees to work well together<br>• Low conflict and minimal employee relations incidents | 10 | G | Make sure we spend time this year having meetings with our employees to build team unity. Use the approach of being up front with people, having an open door policy to talk about issues, and letting them know that you care about their success. |
| **Staffing, Training and Developing**<br>• Assistant manager is well trained and able to operate the store in the store manager's absence<br>• Sales associates receive orientation, training and guidance<br>• Initiates development plans for employees with upward potential<br>• Recognizes positive improvements and accomplishments<br>• Assigns work as appropriate toward the goal of training and developing employees<br>• Hires and retains productive team members<br>• Assistant store manager and sales associate turn is minimal or improving<br>• Places a priority on filling open positions | 10 | G | You must train your ASM and LSA to be able to operate the store when you are not there. Continue the training process with SA and any new SA with the new hire orientation checklist. Recognize each person for their accomplishments and coach them for desired results. Work to develop the knowledge and understanding of your associates so that they can move upward if so desired. |
| **Employee and Customer Safety**<br>• Operates a safe environment that minimizes the risk for employee and customer accidents<br>• Implements and directs efficient stocking processes that reduce repetitive lifting activity | 5 | VG | Focus on safety in 2009 by making sure all employees follow all safety guidelines when it comes to working in your store. Keep your store safe for all customers, by teaching employees the guidelines on running and working in a safe store. |

**ASSIGN AN OVERALL PERFORMANCE REVIEW RATING:**

○ Outstanding   ○ Very Good   ● Good   ○ Needs Improvement   ○ Unsatisfactory

**SIGN AND DATE**

X Debra Eddy — Store Manager Signature — 2/27/09
X [signature] — District Manager Signature — 2/27/09
X [signature] Jim Lester — Region Manager Signature — 2/20/09

**CHECK YES OR NO**

| | Have you complied with our Code of Business Conduct and Ethics this year? | To your knowledge, have you complied with all applicable laws and regulations while acting on our behalf? |
|---|---|---|
| SELF | ●YES ○NO | ●YES ○NO |
| RATER | ●YES ○NO | ●YES ○NO |

**CORPORATE COMPLIANCE**
Failure to adhere to corporate compliance will result in an overall unsatisfactory rating and may include disciplinary action up to and including termination.

DG-HR-5013SMT-20081208E    Page 2 of 2

Employee Identification Number: [redacted]
Store Manager Name: Debra Eddy
Store Number: 9880

# DOLLAR GENERAL — 2008 Store Manager Performance Review

| | | |
|---|---|---|
| District Manager Name: Lee Holcomb | District Number: 245 | Division Number: 3 |
| Region Manager Name: Tim Lester | Region Number: 12 | Review Date: 2008 |

## 1. BUSINESS RESULTS AND OPERATIONS

Assess operational performance. Use results from the Store Visit Scorecards, Monthly Store Report, Weekly Store Summary and your general observations to summarize the employee's ability to meet performance expectations. Write Coaching Notes to help improve performance or to reinforce good performance.

**RATINGS**
- O — Outstanding
- VG — Very Good
- G — Good
- NI — Needs Improvement
- U — Unsatisfactory

| MEASUREMENTS | WEIGHT | RESULT | RATING | COACHING NOTES |
|---|---|---|---|---|
| **Sales vs. Plan**<br>• Achieves sales plan<br>• Reviews sales to budget with store team and discusses sales building ideas<br>• Utilizes MMAP to ensure that planograms, planners and endcaps are set to standard and schedule<br>• Generates and implements sales building ideas for driving profit<br>• Ensures daily recovery occurs<br>• Trains and coaches store team on delivering customer service - greeting, assisting, thanking, and inviting back | 15 | Act to Plan 109.81<br>Comp 14.48 | O | Drive sales in 2009 by following the model store standards in your store. Focus on clean, in-stock and recovered. We must institute and maintain the recovery program from hourly to closing recovery. We must set every plan-o-gram and every monthly MMAP on a timely basis and set with 100% execution. We must discuss sales performance with every employee everyday. |
| **Shrink Management**<br>• Achieves shrink improvement goal<br>• Ensures completion and understands the use of the STARS Shrink Poster, Transaction Analysis Log and STARS Huddles<br>• Reviews the Communication Center regularly and explains the information to employees as appropriate<br>• Always knows the weekly inventory level<br>• Ensures proper cash handling<br>• Clears Transaction Sheet on a monthly basis<br>• Ensures accuracy of vendor receipts using the HHT<br>• Trains new associates on shrink procedures and Team Commitment | 15 | TY 2.28<br>LY 1.63 | VG | In 2009 we must coach and teach around the communication center to all your employees. We must have compliance on filling out all parts of this program. We must make sure all team members have a good understanding of shrink and shrink awareness and we must have every employees commitment that they will help eliminate shrink both externally and internally. We must hold all employees accountable for their performance and coach around the indicators to drive positive performance. We must follow all policies and procedures when it comes to shrink management and be committed to 100% execution. |
| **Store Standards/Processes**<br>• Achieves and maintains Model Store Standards per plan<br>• Ensures that all planograms are set, and all seasonal displays, clipstrips, sidewings, ledges and capshelves are maintained<br>• Ensures that MMAP process is consistently executed in a timely and accurate manner<br>• Implements actions on SVS Action Plan<br>• Ensures all daily, weekly, monthly housekeeping activities are completed<br>• Trains all associates in company Standard Operating Procedures<br>• Trains the store team in proper use of processes/tools to complete assigned tasks and responsibilities<br>• Fully utilizes SOP Manual, Store Schedule, EZPlanner, Communication Center, Damage/Markdown and SVS Action Plan to manage daily operations to standards<br>• Ensures store team provides friendly service consistently | 25 | | NI | In 2009 we must achieve or maintain the model store standards in your store. We must have a plan of action in your store that will execute this program and maintain the highest standards. we must teach our employees what model store is and hold them to that standard. We must utilize the tools in front of us to help drive the processes that will get us to model store. Programs like the EZ planner, MMAP process, recovery process, T+1, T+2 process. We must follow the action plans set forth on SVS visits and complete on a timely basis. We must also have a sense of urgency and ownership to drive every process to 100% execution. |
| **Expense Management**<br>• Reviews the Monthly Store Report for expense control opportunities such as utilities, supplies, etc. and takes action<br>• Manages store labor % and dollars to plan; manages other expenses to plan | 10 | | U | In 2009 we must manage our expenses to plan and drive unnecessary spending away. We must be aware of our labor dollars and spend only what is given to us. I want you to review weekly and monthly reports and react to any adjustments to expenses. OT 339 hrs |

DG-HR-5013SMT-20081208E     Page 1 of 2

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. *EMPLOYERS CANNOT SPECIFY WHICH DOCUMENT(S) THEY WILL ACCEPT FROM AN EMPLOYEE.* The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1: EMPLOYEE Information and Verification
*To be completed and signed by employee at the time employment begins.*

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| EDDY | DEBRA | L | Simms |

Address (Street Name and Number): 719 Thomas Run Road
Apt. #: 
Date of Birth (month/day/year): 02-19-62
City: Blacksville
State: WV
Zip Code: 26521
Social Security #: [redacted]

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [X] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A_____)
- [ ] An alien authorized to work until ___/___/___
  (Alien # or Admission # _____)

Employee's Signature: *Debra L Eddy*
Date (month/day/year): 08-23-05

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature: 
Print Name: 
Address (Street Name and Number, City, State, Zip Code): 
Date (month/day/year):

### Section 2: EMPLOYER Review and Verification
*To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).*

| | LIST A | OR | LIST B | AND | LIST C |
|---|---|---|---|---|---|
| DOCUMENT TITLE: | | | Driver Lic. | | Social Security Card |
| ISSUING AUTHORITY: | | | State of West Virginia | | U.S.A. |
| DOCUMENT #: | | | [redacted] | | [redacted] |
| Expiration Date (if any): | | | 2/19/07 | | N/A |
| Document #: | | | | | |
| Expiration Date (if any): | | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 8/25/05 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative: *Philip M. Childs*
Print Name: Philip M. Childs
Title: DM
Business or Organization Name: DOLLAR GENERAL – Store # 9880
Address (Street Name and Number, City, State, Zip Code): 
Date (month/day/year): 8/25/05

### Section 3. Updating and Reverification. To be completed and signed by employer.

A. New Name (if applicable): 
B. Date of rehire (month/day/year) (if applicable):

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative: 
Date (month/day/year):

Form I-9 (Rev. 11-21-91) N

| Employee Identification Number | | |
|---|---|---|
| Eddy, Debra | | 9880 |
| Store Manager Name | | Store Number |

# DOLLAR GENERAL — 2009 Store Manager Performance Review

## II. PEOPLE MANAGEMENT

Assess the employee's ability to create and manage a strong team that contributes to total business success. Use measures and observations of categories below to assess performance levels. Write Coaching Notes to help improve performance or to reinforce good performance.

**RATINGS**
- O - Outstanding
- VG - Very Good
- G - Good
- NI - Needs Improvement
- U - Unsatisfactory

| LEADERSHIP RESPONSIBILITIES | WEIGHT | RATING (4B) | COACHING NOTES (5B) |
|---|---|---|---|
| **Demonstrated Leadership and Management Ability**<br>• Consistently demonstrates the ability to be proactive and stay focused on tasks, projects and activities to meet assigned goals/deadlines in a timely manner. Able to sort and assign work in appropriate way<br>• Expresses thoughts effectively and concisely while actively listening to others<br>• Remains calm and professional when faced with challenging situations<br>• Continues to be productive when faced with uncertainty or changing priorities and creates an environment of continuous improvement<br>• Expresses honest opinions and maintains position even when it is unpopular to do so, when appropriate<br>• Makes timely and effective decisions using good judgment when faced with multiple, conflicting and sometimes insufficient data<br>• Models Serving Others to store team and customers provides positive reinforcement<br>• Addresses coaching opportunities and administers counseling as necessary<br>• Ensures that all employees follow Company policies and procedures<br>• Values include integrity, respect for dignity and diversity of others, professional maturity, team success | 10 | NI | Your leadership in 2009 was almost transparent. In 2010, you must ensure your store team receives proper focus and attention. Your decision making and communications lacked clarity and precision.<br><br>In 2010, I need you use your knowledge, experience and wisdom to influence the performance and execution of your team while holding them accountable. You must be a strong and powerful voice within your store. |
| **Team Effectiveness and Strength**<br>• Relentless focus on exceeding expectations with the quality of work delivered<br>• Forms partnerships with coworkers to find common ground and leverage outcomes<br>• Cross trains team members on all operational functions<br>• Anticipates and involves others who will be impacted by decisions and actions<br>• Low conflict and minimal employee relations incidents | 10 | NI | You must demonstrate a relentless focus on expectations and quality of work with your teams efforts to deliver results. There several personnel or employee relation issues in 2009.<br>Continue to solicit District support by forming partnerships with sister stores and leverage your their teams knowledge and skills with those team members that are struggling. |
| **Staffing, Training and Developing**<br>• Assistant manager is well trained and able to operate the store in the store manager's absence<br>• Sales associates receive orientation, training and guidance<br>• Initiates development plans for employees with upward potential<br>• Recognizes positive improvements and accomplishments<br>• Assigns work as appropriate toward the goal of training and developing employees<br>• Hires and retains productive team members<br>• Assistant store manager and sales associate turn is minimal or improving<br>• Places a priority on filling open positions | 10 | NI | Staffing has presented opportunities for your team in 2009. LSA turnover rate is at 428% and leading the district while SA turnover is at 162% YTD<br><br>In 2010, emphasis is needed in team development. Ensure both ASM and LSA are capable and knowledgeable in the Store Processes and Business Performance. Review and educate team on current sales trends, merchandising presentation and shrink indicators (Comm Center - STARS - TAL, etc). Ensure they are able to speak to business trends and respond to indicators during SM absence. Providing detailed follow up to store administrations and communications. |
| **Employee and Customer Safety**<br>• Operates a safe environment that minimizes the risk for employee and customer accidents<br>• Implements and directs efficient stocking processes that reduce repetitive lifting activity | 5 | O | Ensure timely training of Safety CBL modules especially during the on-boarding of new hired team members. Ensure compliance to safe work habits and proper use of safety tools and equipment. |

**ASSIGN AN OVERALL PERFORMANCE REVIEW RATING:**

○ Outstanding   ○ Very Good   ○ Good   ⦿ Needs Improvement   ○ Unsatisfactory

**SIGN AND DATE**

X _Debra Eddy_ — Store Manager Signature — Date: 4-3-10

X _(signature)_ — District Manager Signature — Date: 4-3-10

**CHECK YES OR NO**

| | Have you complied with our Code of Business Conduct and Ethics this year? | To your knowledge, have you complied with all applicable laws and regulations while acting on our behalf? |
|---|---|---|
| SELF | ⦿ YES  ○ NO | ⦿ YES  ○ NO |
| RATER | ⦿ YES  ○ NO | ⦿ YES  ○ NO |

**CORPORATE COMPLIANCE**
Failure to adhere to corporate compliance will result in an overall unsatisfactory rating and may include disciplinary action up to and including termination.



| | Employee Identification Number | | |
|---|---|---|---|
| | Eddy, Debra | | 9880 |
| | Store Manager Name | | Store Number |

**DOLLAR GENERAL** — 2009 Store Manager Performance Review

| | | | |
|---|---|---|---|
| Holcomb, Lee | 245 | 3 | |
| District Manager Name | District Number | Division Number | |
| Lester, Tim | 12 | 4-3-10 | |
| Region Director Name | Region Number | Review Date | |

### 1. BUSINESS RESULTS AND OPERATIONS

Assess operational performance. Use results sent with this document, from Store Operations, as well as your general observations to summarize the employee's ability to meet performance expectations. Write Coaching Notes to help improve performance and to reinforce good performance.

**RATINGS**
- O  - Outstanding
- VG - Very Good
- G  - Good
- NI - Needs Improvement
- U  - Unsatisfactory

| MEASUREMENTS | WEIGHT | INDEX TO PLAN | RATING | COACHING NOTES |
|---|---|---|---|---|
| **Sales vs. Plan**<br>• Achieves sales plan<br>• Reviews sales to budget with store team and discusses sales building ideas<br>• Utilizes MMAP to ensure that planograms, planners and endcaps are set to standard and schedule<br>• Models the Find-Fill-Fix behavior to achieve expected in stock levels<br>• Ensures daily recovery occurs<br>• Trains and coaches store team on delivering customer service – greeting, assisting, thanking, and inviting back | 15 | 101.31% | VG | Good job in sales for 2009 - store increased 9.54% over LY and achieved plan by 101.31%.<br><br>In 2010 our focus must revolve around process execution in order to deliver improved results:<br>Ensuring timely execution of MAG and Planogram Sets.<br>Executing hourly recovery program with nightly detail direction.<br>Driving in-stocks by executing T - T1 - T2 so that T3 OHA are accurate and timely.<br>Train and educate team on T6 "find and fill" so that in-stock levels are maximized.<br>Setting Customer Connection Standards at the frontend to ensure each customer is presented a Dollar General Brand Experience. |
| **Shrink Management**<br>• Achieves shrink improvement goal<br>• Ensures completion and understands the use of the STARS Shrink Poster, Transaction Analysis Log and STARS Huddles<br>• Reviews the Communication Center regularly and explains the information to employees as appropriate<br>• Always knows the weekly inventory level<br>• Ensures proper cash handling<br>• Clears Transaction Sheet on a monthly basis<br>• Ensures accuracy of vendor receipts using the HHT<br>• Trains new associates on shrink procedures and Team Commitment | 15 | .38% | O | Shrink Management in 2009 was delivered by you and your team with an inventory result of 1.45% and was below your goal of 1.82%.<br><br>In 2010 it will be critical to increase the awareness of your team:<br>Weekly completion of the Communication Center (STARS Poster).<br>Daily completion TAL followed up by weekly review of performance with each associate (Basket - Cash Accountability).<br>Provide associates with proper training on shrink control by ensuring all CBL modules are completed timely (Orientation, HHT, Robbery, etc.)<br>Ensuring a detailed and routine review of monthly TA Sheet to validate inventory adjustments and levels. |
| **Store Standards/Processes**<br>• Achieves and maintains Model Store Standards per plan<br>• Ensures that all planograms are set, and all seasonal displays, clipstrips, sidewings, ledges and capshelves are maintained<br>• Ensures that MMAP process is consistently executed in a timely and accurate manner<br>• Implements actions on SVS Action Plan<br>• Ensures all daily, weekly, monthly housekeeping activities are completed<br>• Trains all associates in company Standard Operating Procedures<br>• Trains the store team in proper use of processes/tools to complete assigned tasks and responsibilities<br>• Fully utilizes SOP Manual, Store Schedule, Daily Planner, Communication Center, Damage/Markdown and SVS Action Plan to manage daily operations to standards<br>• Ensures store team provides friendly service consistently | 25 | | NI | At times, in 2009, we allowed our Store Standards and Processes slip. Overall store ratings were at a Near Model Store. Our Customer Connection OSAT was at 64.9% vs a goal of 66.8%<br><br>In 2010, we must deliver a Model Store to our customer on a daily basis.<br>Daily execution of the Daily Planner to ensure team stays on task (Planogram - MAG Set Clipstrip and Sidewing Detail) provide MOD follow up.<br>Establish routine "housekeeping" guidelines and task to include a detailed frontend execution of cleaning and in-stock levels).<br>Daily execution of hourly recovery and to ensure nightly detail is delivered.<br>Focus on process execution and to ensure stocking tasks are concluded at 10 AM allowing for an uncluttered shopping experience for our customer.<br>Teach and train associates to impact in-stock levels by proper execution of endcap maintenance (following "fill-in" program in Monthly MAG) |
| **Expense Management**<br>• Reviews the Monthly Store Report for expense control opportunities such as utilities, supplies, etc. and takes action<br>• Manages store labor % and dollars to plan; manages other expenses to plan | 10 | | VG | Nice job in 2009 with an EBITDA result of 109.93% ($25,000 above plan).<br>In 2010 we must continue to focus on payroll expense and minimizing overtime by ensuring adequate staffing and timely training. Monitor expense categories monthly to ensure plans are achieved |

DG-HR-5013SMT-20091231                                    Page 2 of 3

# DOLLAR GENERAL Personnel Action Form

*Please print in black ink. Complete only sections that are changing. See reverse side for complete instructions.*

LOCATION/STORE NUMBER: 9880 Blacksville

7L

Employee Identification Number: ~~[redacted]~~ *(required for processing)*
Employee Name: DEBRA EDDY
*Add leading zeros if necessary (e.g. 06/03/2008)*
EFFECTIVE DATE OF CHANGE: 06/02/2010

## PERSONAL CHANGES

**NEW MARITAL STATUS**
☐ Married   ☐ Single   [RESET CHECK BOXES]

**NAME CHANGE**
Previous Name:
New Name:
*(Must attach a copy of Social Security Card showing the new legal name - required for processing)*

**NEW ADDRESS**
Street Address: 7237 Mason Dixon Highway
City:
State:        Zip:        County:

**NEW HOME PHONE NUMBER**
~~[redacted]~~ (Cell)

## JOB CHANGES

☐ Promotion        ☐ Demotion   [RESET CHECK BOXES]
☐ Lateral Transfer ☐ Pay Increase

**DEPARTMENT/STORE COST CENTER**
From:        To:

**RATE OF PAY**
From:        To:
*(Region manager must submit changes for store employees)*

**JOB CODE**
From:        To:
*(Must change if promotion or demotion)*

**SHIFT CODE**
From:        To:

**POSITION/TITLE**
From:        Supervisor:
To:          Supervisor:

**JOB STATUS**
☐ Full Time    ☐ Part Time   [RESET CHECK BOXES]
☐ DG Temporary

Comments: _____

## REASON FOR SEPARATION
*Add leading zeros if necessary (e.g. 08/03/2008)*

Termination Date:   /   /
Last Day Worked:    /   /

**VOLUNTARY TERMINATION (RESIGN)**    [RESET CHECK BOXES]
☐ 01 Dissatisfied with employment
☐ 70 Failed to return to work from leave
☐ 06 Health reasons *(see instructions on reverse side for explanation)*
☐ 04 Moved from area
☐ 05 Personal reasons
☐ 02 Pursue another job
☐ 71 Resigned during investigation
☐ 07 Retirement *(see instructions on reverse side for explanation)*
☐ 03 Return to school
☐ 08A Without notice 3 consecutive work days, no call no show
☐ 08B Without notice walked off job during scheduled work hours
☐ 08C Without notice 2 consecutive work days (DCs only), no call no show
☐ 08 Without notification Other *(comments required for processing)*

**INVOLUNTARY TERMINATION**    [RESET CHECK BOXES]
*(See instructions on reverse side prior to termination)*
☐ 52 Background check Failed
☐ 49 Drug/Alcohol Failed test
☐ 50 Drug/Alcohol Refused test
☐ 51 Drug/Alcohol Violation of policy
☐ 14 Excessive absenteeism/tardiness
☐ 48 Falsification of employment paperwork
☐ 41 Falsifying records
☐ 42 Inappropriate conduct *(comments required for processing)*
☐ 13 Insubordination *(comments required for processing)*
☐ 10 Not meeting performance standards
☐ 44 Unauthorized removal or use of company property
☐ 46 Violation of company policy/procedure *(comments required for processing)*
☐ 47 Violation of safety rules
☐ 45 Violation of Workplace Violence policy
☐ 43 Mishandling or failure to protect company funds or assets   other
☐ 80 Cash shortages/overages
☐ 81 Missing deposits
☐ 82 Gave keys to unauthorized person
☐ 83 Failure to make timely deposits
☐ 84 Sliding merchandise
☐ 85 Written admission of theft *(partnership with Loss Prevention required)*
☐ 86 Unacceptable shrink
☐ 87 Violation of Refund/Return/Void policy
☐ 88 Violation of Employee Purchase policy

**LEAVE OF ABSENCE**
*FMLA Leave and Company Medical Leave - The employee or manager must contact the Unum Leave Management Center at 1-866-DG5-FMLA (1-866-347-3652) to request a family or medical leave of absence. See the Handbook for notice guidelines.*

*Other Leave Programs - see reverse side for explanation.*

*Workers' Compensation - Notify Risk Management at 1-800-456-9446 for Workers' Compensation leave approval.*

**MISCELLANEOUS**    [RESET CHECK BOXES]
☐ 15 Death
☐ 16 Elimination of position *(DC/Store Support Center only)*
☐ 60 Hired but never worked
☐ 62 Internship completed
☐ 19 Lack of work
☐ 18 Store closing   other *(comments required for processing)*
☐ 18A Store closing natural disaster (tornado, fire, etc.)
☐ 17 Other *(comments required for processing)*
☐ 66 Temporary Assignment Ended

---

I certify that the above information is correct.

X /s/ Debra Eddy        6-2-10
EMPLOYEE SIGNATURE      DATE

I certify that the above information is correct.

X /s/ Debra Eddy        6-2-10
MANAGER/SUPERVISOR SIGNATURE    DATE

| | Employee Identification Number | | |
|---|---|---|---|
| | Debra Eddy | | 9880 |
| | Store Manager Name | | Store Number |

## DOLLAR GENERAL — 2010 Store Manager Performance Review

| Scott Biddle | 245 | 3 |
|---|---|---|
| District Manager Name | District Number | Division Number |
| Tim Lester | 12 | 3/22/11 |
| Regional Director Name | Region Number | Review Date |

### 1. BUSINESS RESULTS AND OPERATIONS

Assess operational performance. Use results sent with this document, from Store Operations, as well as your general observations to summarize the employee's ability to meet performance expectations. Write Coaching Notes to help improve performance and to reinforce good performance.

**RATINGS**
- O - Outstanding
- VG - Very Good
- G - Good
- NI - Needs Improvement
- U - Unsatisfactory

| MEASUREMENTS | WEIGHT | INDEX TO PLAN | RATING | COACHING NOTES |
|---|---|---|---|---|
| **Sales vs. Plan**<br>• Achieves sales plan<br>• Reviews sales to budget with store team and discusses sales building ideas<br>• Utilizes Monthly Activity Guide to ensure that planograms, planners and endcaps are set to standard and schedule<br>• Effectively manages and implements Find, Fill and Fix processes and achieves in-stock goals<br>• Ensures daily recovery occurs<br>• Trains and coaches store team on delivering customer service - greeting, assisting, thanking, and inviting back | 15 | 101 | G | - You and your team must be aware of sales budgets and what steps must be taken to achieve them.<br>- Focus on customer surveys .What are they telling us ?How do we fix it?<br>- The MAG should be completed on time and accurately pay close attention to details spacing, signing and JLP.<br>- We need to ensure you are the 7 day work flow champion in your building to ensure all processes are in place and followed if you are present or not.<br>- Continue to drive the recovery focus, We need the bring this process to the level that a great recovery is expected as part of the culture in your building and a all processes in place to achieve it are second nature to your team. |
| **Shrink Management**<br>• Achieves shrink improvement goal<br>• Ensures completion and understands the use of the STARS Shrink Poster, Transaction Analysis Log and STARS Huddles<br>• Reviews the Communication Center regularly and explains the information to employees as appropriate<br>• Always knows the weekly inventory level<br>• Ensures proper cash handling<br>• Clears Transaction Sheet on a monthly basis<br>• Ensures accuracy of vendor receipts using the HHT<br>• Trains new associates on shrink procedures and Team Commitment | 15 | 1.53 | VG | - Communication boards are completed according to company policies. We must ensure that the communication boards are used to teach and train our employees. Your team must understand why the information is important and what it tells us about our buildings.<br>- As the store manager you need to have daily conversations with your team regarding any out of bounds measurements on the communication board.<br>- Ensure that all key holders are aware of and can speak to inventory builds and trends.<br>- Ensure that you are watching and logging activities from CCTV.<br>- Working and clearing TA sheets should be a task that shows up on your daily planner so you can spend the time needed to ensure accuracy.<br>- Vendors must be more closely monitored in the coming year accountability for debits and credits should be reviewed and all vendors must be checked in under CCTV. |
| **Store Standards/Processes**<br>• Achieves and maintains Model Store Standards per plan<br>• Ensures that all planograms are set, and all seasonal displays, clipstrips, sidewings, ledges and capshelves are maintained<br>• Ensures that Monthly Activity Guide process is consistently executed in a timely and accurate manner<br>• Implements actions on SVS Action Plan<br>• Ensures all daily, weekly, monthly housekeeping activities are completed<br>• Trains all associates in company Standard Operating Procedures<br>• Trains the store team in proper use of processes/tools to complete assigned tasks and responsibilities<br>• Fully utilizes SOP Manual, Store Schedule, Daily Planner, Communication Center, Damage/Markdown and SVS Action Plan to manage daily operations to standards<br>• Ensures store team provides friendly service consistently | 25 | | G | This area will be the most critical to effect going forward everything we do in our stores is effected by how well we execute processes and maintain store standards.<br>- Your team must understand what Model looks like and that it can be achieved if we use all of the tools available and complete processes.<br>- The MAG, Planos, clipstrips and sidewings should be set accurately and timely all employees should be taught to set JLP.<br>- The communication board should be used to tracks and monitor wins and opportunities for the team. Each employee should be able to start there day at the communication board and know exactly what is happening in the building that day.<br>- The store should put together an action plan after each SVS visit and e-mail the DM ther plans to address any issues uncovered during the visit.<br>- All team members should know what 7 day work flow is and why it is important to the building<br>- We needed the staffed and properly scheduled to execute all process.<br>- Your team must be aware of the district cleaning schedule and must execute it daily. |
| **Expense Management**<br>• Reviews the Monthly Store Report for expense control opportunities such as utilities, supplies, etc. and takes action<br>• Manages store labor budget (hours and dollars) to plan; manages other expenses to plan | 10 | | VG | - Employees should be held accountable for productivity standards.<br>- Stores must be staffed in order to avoid over time expenditures.<br>- Weekly labor stats should be reported by 9am every Saturday and must be reported accurately. |

DG-HR-5013SMT-20110121

Page 2 of 3

Employee Identification Number 

**Debra Eddy** — Store Manager Name | **9880** — Store Number

# DOLLAR GENERAL
## 2010 Store Manager Performance Review

### II. PEOPLE MANAGEMENT
Assess the employee's ability to create and manage a strong team that contributes to total business success. Use measures and observations of categories below to assess performance levels. Write Coaching Notes to help improve performance or to reinforce good performance.

**RATINGS**
- O  - Outstanding
- VG - Very Good
- G  - Good
- NI - Needs Improvement
- U  - Unsatisfactory

| LEADERSHIP RESPONSIBILITIES | WEIGHT | RATING | COACHING NOTES |
|---|---|---|---|
| **Demonstrated Leadership and Management Ability**<br>• Consistently demonstrates the ability to be proactive and stay focused on tasks, projects and activities to meet assigned goals/deadlines in a timely manner. Able to sort and assign work in appropriate way<br>• Expresses thoughts effectively and concisely while actively listening to others<br>• Remains calm and professional when faced with challenging situations<br>• Continues to be productive when faced with uncertainty or changing priorities and creates an environment of continuous improvement<br>• Expresses honest opinions and maintains position even when it is unpopular to do so, when appropriate<br>• Makes timely and effective decisions using good judgment when faced with multiple, conflicting and sometimes insufficient data<br>• Models Serving Others to store team and customers provides positive reinforcement<br>• Addresses coaching opportunities and administers counseling as necessary<br>• Ensures that all employees follow Company policies and procedures<br>• Values include integrity, respect for dignity and diversity of others, professional maturity, team success | 10 | NI | - You must be the point person for your building at all times. You have to set deadlines and priorities for your team ensure productivity and keep the team focused on your goals.<br>- You must address all coaching opportunities proactively and immediately.<br>- effective decisions when faced with difficult decisions.<br>- Must remain calm even when faced with challenging situations.<br>- You are the leader and you set the tone for the entire store. Lead by example and your team will be more receptive to your message. |
| **Team Effectiveness and Strength**<br>• Relentless focus on exceeding expectations with the quality of work delivered<br>• Forms partnerships with coworkers to find common ground and leverage outcomes<br>• Cross trains team members on all operational functions<br>• Anticipates and involves others who will be impacted by decisions and actions<br>• Low conflict and minimal employee relations incidents | 10 | NI | - You must be committed to recruiting and maintaining a high performing accountable team.<br>- Set the bar high for team member expectations and they will reach it.<br>- You must be the first line of defense for managing conflict in your building you must handle conflict proactively.<br>- your team can be great when focused on the right things. |
| **Staffing, Training and Developing**<br>• Assistant manager is well trained and able to operate the store in the store manager's absence<br>• Sales associates receive orientation, training and guidance<br>• Initiates development plans for employees with upward potential<br>• Recognizes positive improvements and accomplishments<br>• Assigns work as appropriate toward the goal of training and developing employees<br>• Hires and retains productive team members<br>• Assistant store manager and sales associate turn is minimal or improving<br>• Places a priority on filling open positions | 10 | G | - Staffing with the right people at the right time must be your first priority.<br>- Celebrate the wins with your team.<br>- Focus on creating a developmental culture in your build where the team is invested in overall success.<br>- All open positions must be filled quickly in order to maintain optimal productivity.<br>- Great job with training. |
| **Employee and Customer Safety**<br>• Operates a safe environment that minimizes the risk for employee and customer accidents<br>• Implements and directs efficient stocking processes that reduce repetitive lifting activity | 5 | G | - Create a safe atmosphere in the building.<br>- Follows 7 day work flow to reduce obstacles on the sales floor.<br>- Store needs to follow all opening and closing procedures. |

### ASSIGN AN OVERALL PERFORMANCE REVIEW RATING:

○ Outstanding   ○ Very Good   ● Good   ○ Needs Improvement   ○ Unsatisfactory

### CHECK YES OR NO

| | Have you complied with our Code of Business Conduct and Ethics this year? | To your knowledge, have you complied with all applicable laws and regulations while acting on our behalf? |
|---|---|---|
| SELF | ●YES ○NO | ●YES ○NO |
| RATER | ●YES ○NO | ●YES ○NO |

**CORPORATE COMPLIANCE**
Failure to adhere to corporate compliance will result in an overall unsatisfactory rating and may include disciplinary action up to and including termination.

### SIGN AND DATE

X _Debra Eddy_ — Store Manager Signature    Date: 3/26/11

X _[signature]_ — District Manager Signature    Date: 3/25/11

DG-HR-5013SMT-20110121        Page 3 of 3

# DOLLAR GENERAL Personnel Action Form

LOCATION/STORE NUMBER: 9880

*Please print in black ink. Complete only sections that are changing. See reverse side for complete instructions.*

Employee Identification Number: _____ (required for processing)

Employee Name: Debra Eddy

**EFFECTIVE DATE OF CHANGE:** 0 5 / 2 7 / 2 0 1 1

## PERSONAL CHANGES

**NEW MARITAL STATUS**
- ☐ Married
- ☐ Single

**NAME CHANGE**
Previous Name: _____
New Name: _____
*(Must attach a copy of Social Security Card showing the new legal name – required for processing)*

**NEW ADDRESS**
Street Address: _____
City: _____
State: _____ Zip: _____ County: _____

**NEW HOME PHONE NUMBER**
( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

## JOB CHANGES
- ☐ Promotion
- ☐ Lateral Transfer
- ☐ Demotion
- ☐ Pay Increase

**DEPARTMENT/STORE COST CENTER**
From: _____ To: _____

**RATE OF PAY**
From: _____ To: _____
*(Region manager must submit changes for store employees)*

**JOB CODE**
From: _____ To: _____
*(Must change if promotion or demotion)*

**SHIFT CODE**
From: _____ To: _____

**POSITION/TITLE**
From: _____ Supervisor: _____
To: _____ Supervisor: _____

**JOB STATUS**
- ☐ Full Time
- ☐ DG Temporary
- ☐ Part Time

Comments: _____

## REASON FOR SEPARATION

Termination Date: 0 5 / 2 7 / 2 0 1 1
Last Day Worked: 0 5 / 2 7 / 2 0 1 1

**VOLUNTARY TERMINATION (RESIGN)**
- ☐ 01 Dissatisfied with employment
- ☐ 70 Failed to return to work from leave
- ☐ 06 Health reasons *(see instructions on reverse side for explanation)*
- ☐ 04 Moved from area
- ☐ 05 Personal reasons
- ☐ 02 Pursue another job
- ☐ 71 Resigned during investigation
- ☐ 07 Retirement *(see instructions on reverse side for explanation)*
- ☐ 03 Return to school
- ☐ 08A Without notice – 3 consecutive work days, no call–no show
- ☐ 08B Without notice – walked off job during scheduled work hours
- ☐ 08C Without notice – 2 consecutive work days (DCs only), no call–no show
- ☐ 08 Without notification – Other *(comments required for processing)*

**INVOLUNTARY TERMINATION**
*(See instructions on reverse side prior to termination)*
- ☐ 52 Background check – Failed
- ☐ 49 Drug/Alcohol – Failed test
- ☐ 50 Drug/Alcohol – Refused test
- ☐ 51 Drug/Alcohol – Violation of policy
- ☐ 14 Excessive absenteeism/tardiness
- ☐ 48 Falsification of employment paperwork
- ☐ 41 Falsifying records
- ☐ 42 Inappropriate conduct *(comments required for processing)*
- ☐ 13 Insubordination *(comments required for processing)*
- ☐ 10 Not meeting performance standards
- ☐ 44 Unauthorized removal or use of company property
- ☐ 46 Violation of company policy/procedure *(comments required for processing)*
- ☐ 47 Violation of safety rules
- ☐ 45 Violation of Workplace Violence policy
- ☐ 43 Mishandling or failure to protect company funds or assets – other
- ☐ 80 Cash shortages/overages
- ☐ 81 Missing deposits
- ☐ 82 Gave keys to unauthorized person
- ☐ 83 Failure to make timely deposits
- ☐ 84 Sliding merchandise
- ☒ 85 Written admission of theft *(partnership with Loss Prevention required)*
- ☐ 86 Unacceptable shrink
- ☐ 87 Violation of Refund/Return/Void policy
- ☐ 88 Violation of Employee Purchase policy

**LEAVE OF ABSENCE**

*FMLA Leave and Company Medical Leave – The employee or manager must contact the Unum Leave Management Center at 1-866-DGS-FMLA (1-866-347-3652) to request a family or medical leave of absence. See the Handbook for notice guidelines.*

*Other Leave Programs – see reverse side for explanation.*

*Workers' Compensation – Notify Risk Management at 1-800-456-9446 for Workers' Compensation leave approval.*

**MISCELLANEOUS**
- ☐ 15 Death
- ☐ 16 Elimination of position (DC/Store Support Center only)
- ☐ 60 Hired but never worked
- ☐ 62 Internship completed
- ☐ 19 Lack of work
- ☐ 18 Store closing – other *(comments required for processing)*
- ☐ 18A Store closing – natural disaster (tornado, fire, etc.)
- ☐ 17 Other *(comments required for processing)*
- ☐ 66 Temporary Assignment Ended

---

I certify that the above information is correct.

X _____
EMPLOYEE SIGNATURE                              DATE

I certify that the above information is correct.

X Scott Biddle                                   6/8/11
MANAGER/SUPERVISOR SIGNATURE                    DATE

Stores send to: HRIS   DCs send to: DC Human Resources Department   Store Support Center and Field Management send to: HR Coordinator, HRIS

DG-HRIS-SSOS 05/2008